UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:13-cr-027 |
| | ) CHIEF VARLAN |
| GREGORY HILL | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Gregory Hill, and the defendant admits that he has violated his supervised release as set forth in the Petition for Warrant for Offender under Supervision. Specifically, the defendant admits that he committed other state or local crimes that is the aggravated assault of Jeremias Bivens, vandalism, and child abuse or neglect; he failed to contact his probation officer within 72 hours of being arrest or questioned by law enforcement officers regarding a separate incident; and, he falsified his Monthly Supervision Report by denying any police contact. Further, the defendant agrees that as a result of committing another state or local crime, he caused damages to Jeremias Bivens in the amount of $2,500.00, and Dependable Motors in the amount of $1,138.33; and agrees to pay restitution to these victims in those amounts. Based on the defendant's violations of supervised release as summarized above, an agreement has been reached between the parties, recommending that the defendant's supervised release should be revoked and that he should receive a sentence of twenty-four months' imprisonment with no term of supervised release to follow.

The defendant agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure and allocute at a revocation hearing, and asks that the agreement of the

1

defendant and the United States pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is VI. The statutory maximum sentence is two years imprisonment. The advisory guideline range is 33-41 months imprisonment (restricted to 24 months), which the Court has carefully considered. The Court has also considered the factors listed in 18 U.S.C. § 3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of 24 months to be followed by no further supervised release. The defendant is also ordered to pay restitution to Jeremias Bivens in the amount of $2,500.00, and Dependable Motors in the amount of $1,138.33. It is further recommended that the defendant serve his sentence at Manchester, Kentucky.

ENTER:

_Thomas A. Varlan_
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_Brooklyn Sawyers_
Brooklyn Sawyers
Assistant U.S. Attorney

2

_[signature]_
Paula Voss
Attorney for Defendant

_[signature]_
Gregory Hill
Defendant

_[signature]_
Nick Dongarra
U.S. Probation Office